UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. GREEN, | Case No. 1:23-cv-00505-EPG (PC) |
| Plaintiff, | |
| v. | |
| HEATHER SHIRLEY, et al., | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendants. | |

Michael R. Green, CDCR #T-99776, a necessary and material witness in a pre-settlement conference telephone discussion in this case on February 9, 2024, is confined in California State Prison, Corcoran (COR), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Helena M. Barch-Kuchta, by telephonic-conferencing from his place of confinement, on **Friday, February 9, 2024 at 1:30 p.m.**

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephonic-conferencing, to participate in a pre-settlement conference call at the time and place above, until completion of the pre-settlement conference call or as ordered by the court.  (Dial-in number: 1-888-204-5984; passcode: 4446176.)

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at California State Prison, Corcoran at (559) 992-7372 or via email.

4. Any difficulties connecting to the teleconference shall immediately be reported to Patricia Apodaca, Courtroom Deputy, at papodaca@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, COR, P.O. Box 8800, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Barch-Kuchta at the time and place above, by telephonic-conferencing, until completion of the pre-settlement conference call or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **February 5, 2024**                    /s/ *Erica P. Grosjean*
                                                             UNITED STATES MAGISTRATE JUDGE

