UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. GREEN,<br><br>    Plaintiff,<br><br>    v.<br><br>HEATHER SHIRLEY, *et al.*,<br><br>    Defendants. | Case No. 1:23-cv-00505-EPG (PC)<br><br>ORDER GRANTING MOTION TO VACATE SETTLEMENT CONFERENCE AND VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 25)<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON THE LITIGATION OFFICE AT KERN VALLEY STATE PRISON |

Upon review, Defendants' Motion to Vacate Settlement Conference (ECF No. 25) is GRANTED. Hence, the settlement conference currently scheduled for February 16, 2024, before Magistrate Judge Helena Barch-Kuchta by Zoom video conference (ECF No. 19), is VACATED. Therefore, the Court will also vacate the order and writ of habeas corpus ad testificandum issued on January 8, 2024. (ECF No. 22).

Accordingly, IT IS ORDERED that:

1. Defendants' Motion to Vacate Settlement Conference (ECF No. 25) is GRANTED.
2. The settlement conference currently scheduled for February 16, 2024, is VACATED.
3. The order and writ of habeas corpus ad testificandum issued on January 8, 2024, which directed the Warden to produce Michael R. Green, CDCR #T-99776, for a settlement conference via Zoom on February 16, 2024, is VACATED; and

\\\

\\\

\\\

4. The Clerk of Court is directed to serve a copy of this order via fax on the Litigation Coordinator at Corcoran State Prison at (559) 992-7372 or via email.

IT IS SO ORDERED.

Dated: **February 14, 2024**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE