UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. GREEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEATHER SHIRLEY, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00505-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO (1) GRANT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; AND (2) DENY PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT<br><br>(Docs. 47, 52, 63) |

Plaintiff Michael R. Green is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 2, 2025, the assigned magistrate judge issued findings and recommendations, recommending that: (1) defendants' motion for summary judgment (Doc. 52) be granted; and (2) plaintiff's motion for partial summary judgment (Doc. 47) be denied. Doc. 63. Any objections to the findings and recommendations were due within 30 days of the date of service of the findings and recommendations. No objections were filed and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued October 2, 2025 (Doc. 63) are adopted in full.
2. Defendants' motion for summary judgment (Doc. 52) is granted.
3. Plaintiff's partial motion for summary judgment (Doc. 47) is denied.
4. The Clerk of Court is directed to issue judgment in favor of defendants and to close this case.

IT IS SO ORDERED.

Dated:   December 28, 2025

UNITED STATES DISTRICT JUDGE

2