UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. GREEN, | Case No. 1:23-cv-0505 KES EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' COSTS |
| v. | |
| HEATHER SHIRLEY, et al., | Docs. 66, 69 |
| Defendants. | |

Michael R. Green proceeded in forma pauperis in this civil rights action filed under 42 U.S.C. § 1983.  The Court granted summary judgment in favor of the defendants.  Docs. 52, 64.  Following the entry of judgment, Defendants filed a bill of costs, seeking $1,016.95 for deposition-related expenses.  Doc. 66.  Plaintiff opposed the request for costs.  Doc. 68.

On February 2, 2026, the magistrate judge considered the circumstances of this case—including the factors identified by the Ninth Circuit in *Draper v. Rosario*, 836 F.3d 1072, 1087 (9th Cir. 2016)—and recommended the Court deny costs.  Doc. 69 at 2-3.  The Court served the findings and recommendations on the parties and notified them that any objections were due within 30 days.  *Id.* at 3.  The Court also "advised that failure to file objections within the specified time may result in the waiver of rights on appeal." *Id.* at 4 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).  No objections were filed and the time to do so expired.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.

The Court **ORDERS**:

1. The findings and recommendations issued on February 2, 2026 (Doc. 69) are **ADOPTED** in full.

2. Defendants' request for costs is **DENIED.**

3. The Clerk of Court **SHALL** terminate the pending bill of costs (Doc. 66).

IT IS SO ORDERED.

Dated:    March 30, 2026

_____
UNITED STATES DISTRICT JUDGE

2